Susan Jane M. Brown (OSB #054607)
WESTERN ENVIRONMENTAL LAW CENTER
4107 NE Couch St.
Portland, OR 97232
(503) 914-1323
brown@westernlaw.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, SODA MOUNTAIN WILDERNESS COUNCIL, and WILLAMETTE RIVERKEEPER,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT,**<br><br>*Defendant.* | Civ. Case No. 6:21-cv-01313-AA<br><br>**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16-3, Plaintiffs Cascadia Wildlands, Klamath-Siskiyou Wildlands Center, Oregon Wild, Soda Mountain Wilderness Council, and Willamette Riverkeeper ("Plaintiffs") and Federal Defendant the United States Bureau of Land Management ("BLM") hereby respectfully request that the Court stay the summary judgment briefing schedule for 60 days. Defendant-Intervenor does not oppose this motion. Plaintiffs and Federal Defendant have reached a settlement in principle in this matter, subject to approval by the authorized officials at the Department of Justice, the United States

Page 1 – Joint Motion to Extend Stay of Procedings

Department of the Interior, and the BLM, and seek additional time to effectuate their settlement and file the agreement with this Court.

This Court has broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

Plaintiffs filed this action challenging the BLM's Salvage Categorical Exclusion ("Salvage CX") and the Harvest Land Base-Moderate Intensity Timber Area Salvage Project implemented pursuant to that Salvage CX. ECF No. 1, 17. On April 4, Plaintiffs and Federal Defendant requested to stay the deadlines in this case pending the BLM's review of the Salvage CX, ECF No. 37, and thereafter sought an extension of the deadlines to explore settlement, ECF No. 41, which this Court granted on June 6, 2022. ECF No. 42. In the interest of efficiency and judicial economy, Plaintiffs and the BLM request a 60-day stay of the proceedings in this case to complete settlement of this matter.

Dated: August 4, 2022.

/s/ Susan Jane B.
_____
Susan Jane M. Brown (OSB #054607)
WESTERN ENVIRONMENTAL LAW CENTER
4107 NE Couch St.
Portland, OR. 97232
Ph. (503) 914-1323
brown@westernlaw.org

*Attorney for Plaintiffs*

Page 2 – Joint Motion to Extend Stay of Procedings

TODD KIM
U.S. Department of Justice
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Reade E. Wilson*
READE E. WILSON, Trial Attorney (ME Bar 4992)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-0299 || Fax | (202) 305-0506
reade.wilson@usdoj.gov

S. JAY GOVINDAN, Acting Section Chief

*/s/ Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS, Trial Attorney (MD Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-5751 || Fax | (202) 305-0275
astrid.cevallos@usdoj.gov

*Counsel for Federal Defendant*