IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CASCADIA WILDLANDS, KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, SODA MOUNTAIN WILDERNESS COUNCIL, and WILLAMETTE RIVERKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Federal Defendant,<br><br>and<br><br>B&G LOGGING AND CONSTRUCTION, LLC<br><br>Defendant-Intervenor | Case No.: 6:21-cv-01313-AA<br><br>JOINT MOTION TO DISMISS |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Cascadia Wildlands, Klamath-Siskiyou Wildlands Center, Oregon Wild, Soda Mountain Wilderness Council, and Willamette Riverkeeper ("Plaintiffs") and Federal Defendant the United States Bureau of Land Management ("BLM" and, collectively, "the Parties") respectfully request that the Court dismiss this action with prejudice, except to dismiss Plaintiffs' First, Second, Third, and Fourth Claims for Relief without prejudice, subject to refiling in a new lawsuit only under the circumstances set forth in Paragraph 2 and other provisions of the Parties' Settlement Agreement, Exhibit A hereto. The basis and terms of the Settlement Agreement are set forth in the Agreement.

Defendant-Intervenor B&G Logging and Construction, LLC, by and through counsel of record, has been consulted and has indicated that it takes no position with respect to this Joint Motion. A proposed form of order accompanies this Joint Motion.

Respectfully submitted this 4th day of October, 2022.

/s/ Susan Jane M. Brown
Susan Jane M. Brown (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, Oregon 97232
Tel | (503) 914-1323
brown@westernlaw.org

*Counsel for Plaintiffs*

TODD KIM
U.S. Department of Justice
Assistant Attorney General
Environment & Natural Resources Division

/s/Reade E. Wilson
READE E. WILSON, Trial Attorney (ME Bar 4992)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-0299 || Fax | (202) 305-0506
reade.wilson@usdoj.gov

S. JAY GOVINDAN, Acting Section Chief

/s/Astrid Stuth Cevallos
ASTRID STUTH CEVALLOS, Trial Attorney (MD Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-5751 || Fax | (202) 305-0275

astrid.cevallos@usdoj.gov

*Counsel for Federal Defendant*