IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CASCADIA WILDLANDS, KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, SODA MOUNTAIN WILDERNESS COUNCIL, and WILLAMETTE RIVERKEEPER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Federal Defendant,<br><br>and<br><br>B&G LOGGING AND CONSTRUCTION, LLC<br><br>Defendant-Intervenor | Case No.: 6:21-cv-01313-AA<br><br>[PROPOSED] ORDER DISMISSING |

THIS MATTER came before the Court on Plaintiffs' and Federal Defendant's October 4, 2022 "Unopposed Joint Motion to Dismiss," ECF No. 45. The Court, having reviewed the Joint Motion and noting that Defendant-Intervenor takes no position with respect to the Joint Motion, finds that the Joint Motion is well-taken and GRANTS the Joint Motion. Pursuant to Federal Rule of Civil Procedure 41, the Court hereby dismisses this action with prejudice, except to dismiss Plaintiffs' First, Second, Third, and Fourth Claims for Relief without prejudice, subject to refiling in a new lawsuit only under the circumstances set forth in Paragraph 2 and other

provisions of the Parties' October 3, 2022 Settlement Agreement, ECF No. 45-1. The Clerk of the Court shall close this case.

    IT IS HEREBY ORDERED.

_____         _____
Date                                                       U.S. DISTRICT COURT JUDGE