**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| CASCADIA WILDLANDS, KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, SODA MOUNTAIN WILDERNESS COUNCIL, and WILLAMETTE RIVERKEEPER | Case No.: 6:21-cv-01313-AA |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| Federal Defendant, | |
| and | |
| B&G LOGGING AND CONSTRUCTION, LLC | |
| Defendant-Intervenor | |

THIS MATTER came before the Court on Plaintiffs' and Federal Defendant's October 4, 2022 "Unopposed Joint Motion to Dismiss," ECF No. 45. The Court, having reviewed the Joint Motion and noting that Defendant-Intervenor takes no position with respect to the Joint Motion, finds that the Joint Motion is well-taken and GRANTS the Joint Motion. Pursuant to Federal Rule of Civil Procedure 41, the Court hereby dismisses this action with prejudice, except to dismiss Plaintiffs' First, Second, Third, and Fourth Claims for Relief without prejudice, subject to refiling in a new lawsuit <u>only</u> under the circumstances set forth in Paragraph 2 and other

provisions of the Parties' October 3, 2022 Settlement Agreement, ECF No. 45-1. The Clerk of

the Court shall close this case.

    IT IS HEREBY ORDERED.


 October 5, 2022                      /s/Ann Aiken
Date                                      ANN AIKEN
                                            U.S. DISTRICT COURT JUDGE